United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LOVELL,

    Plaintiff,

v.

STEFAN SCHWEITZER, et al.,

    Defendants.

Case No. 25-cv-05785-TSH

**ORDER TO SHOW CAUSE**

Plaintiff David Lovell initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 3). On October 10, 2025, the Court granted his application but found the complaint deficient under 28 U.S.C. § 1915(e). ECF No. 6. The Court directed Plaintiff to file an amended complaint curing the deficiencies identified in the screening order, warning that the case could be dismissed if he failed to do so. Plaintiff has failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court **ORDERS** Plaintiff David Lovell to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by December 1, 2025. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

The Court encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You

1  may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982.  At the

2  Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide

3  basic legal help but not representation.  More information is available at

4  https://www.cand.uscourts.gov/pro-se-litigants/.

5       Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a*

6  *Lawyer*, which provides instructions on how to proceed at every stage of your case.  The

7  handbook is available in person at the Clerk's Office and online at:

8  https://www.cand.uscourts.gov/pro-se-litigants/.

9       **IT IS SO ORDERED.**

11  Dated: November 17, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California